No. 337. TIME, INC., ET AL. *v.* BON AIR HOTEL, INC. C. A. 5th Cir. Certiorari denied. *Harold R. Medina, Jr.,* for petitioners.

MR. JUSTICE BLACK, with whom MR. JUSTICE DOUGLAS concurs, dissenting.

I would grant certiorari in this case and hold that the petitioners, Time, Inc., and Dan Jenkins, were entitled to summary judgment since, for the reasons stated in the separate opinions of MR. JUSTICE DOUGLAS and myself in *New York Times Co.* v. *Sullivan,* 376 U. S. 254, 293; *Rosenblatt* v. *Baer,* 383 U. S. 75, 94; and *Curtis Publishing Co.* v. *Butts,* 388 U. S. 130, 170, I believe that a libel judgment against these petitioners is forbidden by the First Amendment's guarantee that freedom of the press shall not be abridged, a guarantee made applicable to the States by the Fourteenth Amendment. This constitutional bar would apply to any state of facts that might be shown at the trial of this case. I believe the First Amendment was intended to leave the press free from the harassment and expense of suits such as this.

No. 214. WHITE *v.* EVANSVILLE AMERICAN LEGION HOME ASSN. Sup. Ct. Ind. Certiorari denied. MR. JUSTICE BLACK dissents from the denial of the petition for writ of certiorari. *Theodore Lockyear* for petitioner. *Frederick P. Bamberger* for respondent.

No. 314. RAY *v.* SEABOARD AIR LINE RAILROAD CO. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE BLACK dissents from the denial of certiorari in this case; he would grant certiorari and reverse summarily, believing it was clearly error to grant summary judgment against petitioner. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James F. Lang* and *William N. Avera* for petitioner. *John S. Cox* for respondent.